```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
             WESTERN DIVISION
```

TONY LEE BLAND                                              PLAINTIFF

VERSUS                              CIVIL ACTION NO. 5:09cv39-DCB-MTP

WILKINSON COUNTY CORRECTIONAL FACILITY, et al.             DEFENDANTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to comply with the orders of this court.

SO ORDERED AND ADJUDGED, this the  1st   day of  October , 2009.


                                       s/ David Bramlette
                                  UNITED STATES DISTRICT JUDGE